United States District Court
Southern District of Texas
**ENTERED**
November 10, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ERIKA GARCIA JAIME, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-09312 |
| | § | |
| MARTIN FRINK, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL**

Through counsel, the petitioner, Erika Garcia Jaime, filed a petition for a writ of habeas corpus to challenge her detention by United States immigration authorities. She now moves to voluntarily dismiss his petition. The motion explains that the petition contains material factual errors and seeks dismissal without prejudice to allow the petitioner to pursue relief on a factually accurate record.

Motions for voluntary dismissal should be freely granted unless the non-moving party will suffer prejudice other than the prospect of a second lawsuit. *Elbaor v. Tripath Imaging, Inc.,* 279 F.3d 314, 318 (5th Cir. 2002) (citing *Manshack v. Southwestern Elec. Power Co.*, 915 F.2d 172, 174 (5th Cir. 1990)). No prejudice to the respondent is apparent.

Accordingly, the motion (Dkt. No. 6) is GRANTED, and this case is DISMISSED WITHOUT PREJUDICE.

It is so ORDERED.

SIGNED on November 10, 2026, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge